UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| OREGON INTERNATIONAL AIR FREIGHT CO., an Oregon corporation, and OIA GLOBAL LOGISTICS-SCM, INC., an Oregon corporation,<br><br>Plaintiffs,<br>v.<br><br>JEFFREY BERG, an individual, and MARK FEENEY, an individual,<br><br>Defendants. | Case No. 3:17-cv-01160-MO<br><br>**JOINT PROPOSED ORDER GRANTING PERMANENT INJUNCTION** |

The Parties, following a Settlement Conference before the Honorable Youlee Yim You, on October 30, 2017, and after reaching a mutually agreed settlement and by stipulation of their counsel, have now moved for an Order granting a permanent injunction and final judgment in this matter. After review of the stipulation and for good cause appearing, the Court HEREBY ORDERS, ADJUDGES, AND DECREES as follows:

1. Defendants Mark Feeney and Jeffrey Berg (collectively, "Defendants"), and each of them, shall return all copies of and shall be permanently enjoined from using, accessing or disclosing Plaintiffs Oregon International Air Freight Co. and OIA Global Logistics-SCM, Inc.'s (collectively, "Plaintiffs") confidential information or trade secrets, which shall include customer information, pricing information, cost information, financial information, strategy and pitch documentation, spreadsheets and databases, internal

software or programs, but shall not include Defendants' pre-existing knowledge and general know-how.

2. This injunction is entered as a result of a settlement agreement, and is not an admission of wrongdoing by any Party. The Order Granting Preliminary Injunction (Dkt. 50) is dissolved and the Bond in Support of Temporary Restraining Order (Dkt. 20) shall be released to Plaintiffs. Final judgment is hereby entered in this matter, without fees or costs to either party.

Dated this 20 day of November, 2017.

Michael W. Mosman
Chief United States District Court
Judge for the District of Oregon